# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| SCOTT ROSENHOOVER, individually and on behalf of all others similarly situated, | § § § § | Docket No. 1:19-cv-00025-RAL |
| Plaintiffs, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| PRO OIL & GAS SERVICES, LLC | § § | CLASS/COLLECTIVE ACTION |
| Defendant. | § § § | PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23 |

### AFFIDAVIT OF WILLIAM R. LILES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, William R. Liles, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff William R. Liles in the above-captioned matter pursuant to Local Rule 83.2 and Local Rule 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, William R. Liles, being duly sworn, do hereby depose and say as follows:

1. I am a lawyer of the law firm Josephson Dunlap Law Firm.

2. My business address is 11 Greenway Plaza, Houston, Texas.

3. I am a member in good standing of the bar of the State of Texas.

4. My bar identification number is 24083395.

5. A current certificate of good standing from the United States District Court of the Southern District of Texas is attached to this Affidavit as Exhibit B.

6. I have not been subject to any discipline by any Court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the forgoing statements made by me are false, I am subject to punishment.

Dated: February 6, 2019

_____
WILLIAM R. LILES