UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| SCOTT ROSENHOOVER, individually and on behalf of all others similarly situated, | § § § § | Docket No. 1:19-cv-00025-RAL |
| Plaintiffs, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| PRO OIL & GAS SERVICES, LLC | § § | CLASS/COLLECTIVE ACTION |
| Defendant. | § § § | PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23 |

**ORDER**

Having heard and considered Plaintiffs' Motion for Admission Pro Hac Vice for William R. Liles, the Court is of the opinion that the Motion is hereby GRANTED.

IT IS SO ORDERED ON _____ .

_____
UNITED STATES DISTRICT JUDGE